Information.JamesTetrault.18.USC.1341

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



**FILED**
APR 1 0 2007
CLERK, US DISTRICT COURT, WDNY

UNITED STATES OF AMERICA     :

: 07-CR-

-v-     :

JAMES TETRAULT,     :

Defendant.     :

07 CR 085

**INFORMATION**
**Title 18, United States Code,**
**Section 1341**

**COUNT I**
**The United States Attorney Charges:**

From time to time beginning not later than 2002 and continuing into 2006, in the Western District of New York and elsewhere, the defendant, JAMES TETRAULT, having devised a scheme to obtain money by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing and attempting to execute the scheme, caused quarterly investment account statements to be sent to investors, which contained false information regarding the status of the accounts, to be placed in authorized depositories for mail matter, and knowingly caused such items to be sent and delivered by mail according to the direction thereon;

Information.JamesTetrault.18.USC.1341

All in violation of Title 18, United States Code, Section 1341.

DATED: Buffalo, New York, April 10, 2007

TERRANCE P. FLYNN
United States Attorney
Western District of New York

BY: *[signature]*
PAUL J. CAMPANA
Assistant U. S. Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 819
paul.j.campana@usdoj.gov